# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Eicher | **CASE NUMBER** |
| | 2:20-cv-04958 ODW(PLAx) |
| v. **PLAINTIFF(S)** | |
| Princess Cruise Lines Ltd. | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |
| **DEFENDANT(S).** | |

## CONSENT

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____     R. Gary Klausner
Date                                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

One class of plaintiffs covers passengers from a different cruise date.

_____

_____

_____

June 19, 2020                               /s/ R. GARY KLAUSNER
Date                                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:20-cv-02267 RGK(SKx)   and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] *Previous Judge*     [ ] *Statistics Clerk*

CV-34 (03/19)     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)