Carol Lynn Finklehoffe. CA Bar No. 220309
LIPCON MARGULIES ALSINA & WINKLEMAN
One Biscayne Tower, Suite 1776
Miami, FL 33131
Tel: 305-373-3016
Fax: 305-373-6204
Email: cfinklehoffe@lipcon.com
*Attorneys for Plaintiff*

LIPCON, MARGULIES, ALSINA & WINKLEMAN P.A.
2 S Biscayne Boulevard, Suite 1776
MIAMI, FL 33131
TELEPHONE: (305)373-3016 FAX: (305)373-6204

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY EICHER,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a corporation for profit,<br><br>Defendant. | CASE NO.: 2:20-cv-04958-ODW-PLA<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Otis D. Wright<br>Courtroom: 5D<br>Magistrate: Hon: Paul L. Abrams<br><br>Action filed: June 4, 2020 |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties to this litigation, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his or its own costs and fees.

Pursuant to Rule 41(a)(1)(A)(ii), this dismissal with prejudice shall be effective without a Court Order.

/ / /
/ / /

LIPCON, MARGULIES, ALSINA & WINKLEMAN P.A.
2 S Biscayne Boulevard, Suite 1776
MIAMI, FL 33131
TELEPHONE: (305)373-3016 FAX: (305)373-6204

DATED: September 10, 2020

LIPCON MARGULIES ALSINA & WINKLEMAN, P.A.

BY: *s/ Carol L. Finklehoffe*
CAROL L. FINKLEHOFFE
*Attorney for Plaintiff*

MALTZMAN & PARTNERS, P.A.

DATED: September 10, 2020

BY: *s/ Jeffrey B. Maltzman*
Jeffrey B. Maltzman
*Attorney for Defendant*

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: September_10, 2020

LIPCON MARGULIES ALSINA & WINKLEMAN, P.A.

BY: *s/ Carol L. Finklehoffe*
CAROL L. FINKLEHOFFE
*Attorney for Plaintiff*