UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-04958-ODW-(PLAx) | Date | September 10, 2020 |
|---|---|---|---|
| Title | *Gregory Eicher v. Princess Cruise Lines Ltd.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                    **In Chambers**

Pursuant to Plaintiffs' Notice of Voluntary Dismissal (ECF No. 28) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1.    The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**; and

2.    All dates and deadlines in this action are **VACATED** and taken off calendar.

Each party shall bear its own costs.  The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

:        00

Initials of Preparer      SE